IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TIFFANY THOMASON,**<br>*Plaintiff,* | § § § § § § § § § | |
| v. | | 1:23-CV-00109-ADA |
| **WORLD FINANCE,**<br>*Defendant.* | | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 20. The report recommends that this Court grant Defendant World Finance's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(6) and Brief in Support (ECF No. 9), dismiss Plaintiff's claims with prejudice, and deny Plaintiff's request for leave to amend. *Id*. at 7. The report and recommendation was filed on July 6, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant World Finance's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(6) (ECF No. 9) is **GRANTED**, and Plaintiff's request for leave to amend is **DENIED**.

Accordingly, **IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

**SIGNED** this 27th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE